UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 12 B 43182 |
| | CHAPTER 13 |
| KENNETH HUDSON | |
| PATRICIA A TURNIPSEED HUDSON | JUDGE JACQUELINE P COX |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** DEUTSCHE NATIONAL TRUST CO

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 9 | 7 | XXXXXX8134 | $57,084.68 | $57,084.68 | $57,084.68 |
| Total Amount Paid by Trustee | | | | | $57,084.68 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit      **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-43182-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 24th day of April, 2018.

Debtor:
KENNETH HUDSON
PATRICIA A TURNIPSEED HUDSON
40 N PARKSIDE AVE
CHICAGO, IL 60644

Attorney:
JASON BLUST LLC
211 W WACKER DR #300
CHICAGO, IL 60606
via Clerk's ECF noticing procedures

Creditor:
DEUTSCHE NATIONAL TRUST CO
% SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY, UT 84165

Mortgage Creditor:
JPMORGAN CHASE BANK
700 KANSAS LN MC LA4 5555
MONROE, LA 71203

Mortgage Creditor:
JPMORGAN CHASE BANK
700 KANSAS LN MC LA4 5555
MONROE, LA 71203

Mortgage Creditor:
JPMORGAN CHASE BANK
% PIERCE AND ASSOCIATES
1 N DEARBORN ST
CHICAGO, IL 60602

Creditor:
SELECT PORTFOLIO SERVICING
3815 S W TEMPLE
SALT LAKE CITY, UT 84115-4412

Mortgage Creditor:
MCCALLA RAYMER LEIBERT
PIERCE LLC
1 N DEARBORN #1200
CHICAGO, IL 60602

ELECTRONIC SERVICE - United States Trustee

Date: April 24, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603